UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HOMEOWNERS CHOICE PROPERTY &
CASUALTY INS. CO.,

          Plaintiff/Counterclaim
Defendant,

v.

JASON LAROSA,

          Defendant/Counterclaim
Plaintiff.

CIVIL ACTION NO. 1:22-CV-11463-AK

**STATUS REPORT**

     NOW COMES Plaintiff/Counterclaim-Defendant Homeowners Choice Property & Casualty Ins. Co. ("Homeowners" or "Plaintiff") and Defendant/Counterclaim-Plaintiff Jason Larosa ("Larosa" or "Defendant"), by and through undersigned counsel, and jointly report as follows:

     1.     On or about December 8, 2021, Larosa, individually and derivatively on behalf of his company, Breakthrough Coatings, Inc. (the "Company"), filed a civil action against Julieta R. Larosa, who is Larosa's ex-wife and co-shareholder of the Company, alleging that Julieta Larosa engaged in a scheme to embezzle money from Larosa, personally, and his Company, steal Larosa's and the Company's assets, and freeze Larosa out of the Company he founded. See Breakthrough Coatings, Inc., et al. v. Julieta Larosa, Civil Action No. 2172CV00436 (Barnstable Sup. Ct.) (the "Derivative Action").

     2.     On January 6, 2022, Larosa filed an Amended Complaint in the Derivative Action, asserting additional claims against the Company's former bookkeeper, Marie Carmichael ("Carmichael") and her company, TCCK Enterprises, Inc. ("TCCK"), for, inter alia, breach of fiduciary duty, civil conspiracy, and aiding and abetting Julieta Larosa's embezzlement, fraud and

theft (the "Carmichael Counterclaims"). Carmichael and TCCK then asserted counterclaims against Larosa and the Company for, inter alia, defamation, violation of the Massachusetts Consumer Protection Act, G.L. c. 93A, and for abuse of process, and alleged damage and harm to Carmichael's and TCCK's reputations (the "Carmichael Counterclaim"). Julieta Larosa, personally and derivatively as a shareholder of the Company, asserted counterclaims against Larosa (the "Julieta Counterclaim") alleging, inter alia, theft and breach of fiduciary duty. Larosa then tendered the defense of each counterclaim to Homeowners.

3.      On May 31, 2022, and rather than seeking to intervene into the Derivative Action, Homeowners filed a state court action seeking a declaration, pursuant to the Massachusetts Declaratory Judgment Act, G.L. c. 231A, that under its applicable policy(ies) of insurance Larosa purchased from Homeowners, it owes no duty to indemnify or defend Larosa for the counterclaims. See Homeowners Choice Property & Casualty Insurance Co. v. Jason Larosa, Civil Action No. 2272CV00236 (Barnstable Sup. Ct.) (the "Declaratory Judgment Action"). Larosa then removed the Declaratory Judgment Action to this Court.

4.      In November 2022, the Company brought an ancillary action in Florida against Julieta Larosa and her fiancé, Christopher Armstrong, for, inter alia, replevin of the Company's assets absconded there. See Breakthrough Coatings, Inc. v. Christopher R. Armstrong and Julieta R. Larosa, Case No. 2022-CA-009745 (13th Jud. Cir. Hillsborough County, Florida) (the "Florida Action"). This Action was stayed pending possible mediation or adjudication of the Derivative Action and the Florida Action.

5.      Following several days of evidentiary proceedings in March-April 2024 in the Florida Action, in which Julieta Larosa was forced to admit to her embezzlement, defalcation and theft, and breach of her fiduciary duties, and fraud upon the Court, Julieta Larosa filed a petition

for protection under Chapter 7 of the U.S. Bankruptcy Code to forestall entry of judgment against her in the Florida and Massachusetts actions in favor of the Company and Mr. Larosa. See In re Julieta Larosa, Case 8:24-bk-03038-RCT (Middle Dist. Fl.) (the "Bankruptcy"). Jason Larosa and the Company are creditors of the debtor estate. The deadline for filing proofs of claim in the Bankruptcy is September 30, 2024.

6.      In order to avoid further litigation expense in this Action and associated with the Bankruptcy, Homeowners and Larosa jointly request a continued stay of this Action until October 31, 2024 in which to explore resolution of the claims asserted herein.

| PLAINTIFF/COUNTERCLAIM-DEFENDANT, | DEFENDANT/COUNTERCLAIM-PLAINTIFF, |
|---|---|
| HOMEOWNERS CHOICE PROPERTY & CAS. INS. CO., | JASON LAROSA, |
| By its Attorney, | By his Attorney, |
| /s/ Andrew A. Labbe | /s/ Raymond H. Tomlinson, Jr. |
| Andrew A. Labbe | Raymond H. Tomlinson, Jr., BBO# 654855 |
| GROELLE & SALMON, P.A. | TOMLINSON \| LAW |
| 39 Milford Drive | 76 Tupper Road, Suite #11 |
| Pembroke, MA 02359 | Sandwich, MA  02563 |
| Telephone:  (617) 322-8201 | Telephone:  (508) 348-9030 |
| Facsimile:  (813) 849-7201 | Facsimile:  (508) 422-9030 |
| alabbe@gspalaw.com | rht@tomlinsonlaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a true and complete copy of the foregoing was served via U.S. Mail Delivery, postage prepaid, and/or electronic case filing to the registered participants identified on the Notice of Electronic Filing (NEF), to the following counsel of record:

Andrew A. Labbe, Esq.
GROELLE & SALMON, P.A.
39 Milford Drive
Pembroke, MA 02359
*alabbe@gspalaw.com*

Dated:  July 24, 2024

*/s/ Raymond H. Tomlinson, Jr.*
Raymond H. Tomlinson, Jr.