# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY,  )<br><br>Plaintiff/Counterclaim Defendant,  )<br><br>v.  )<br><br>MR. JASON LAROSA  )<br><br>Defendant/Counterclaim Plaintiff.  ) | Civil Action No. 22-CV-11463-AK |

## ORDER OF ADMINISTRATIVE STAY/CLOSING

**ANGEL KELLEY, D.J.**

Pursuant to the parties' Joint Status Report [Dkt. 29], it is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *In re Julieta Larosa* matter, Case No. 8:24-bk-03038-RCT in the United States Bankruptcy Court for the Middle District of Florida.

Dated: July 30, 2024

By the Court,

/s/ Miguel Lara
Deputy Clerk